THOMPSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala.R.App. P.; §§ 30-3-169.3(a) and 30-3-169.4, Ala.Code 1975; Ex parte Bryowsky, 676 So.2d 1322 (Ala.1996); Ex parte Perkins, 646 So.2d 46, 47 (Ala.1994); Steed v. Steed, 877 So.2d 602, 603 (Ala.Civ.App. 2003); Griggs v. Griggs, 638 So.2d 916, 918-919 (Ala.Civ.App.1994); and Colombaro v. Colombaro, 54 Ala.App. 157, 306 So.2d 23 (1975).
The appellee’s request for an attorney fee is granted in the amount of $750.
PITTMAN and THOMAS, JJ., concur.
BRYAN, J., concurs in the judgment of affirmance in part and dissents in part, with writing, which MOORE, J., joins.